570 A.2d 950

GARY N. PANAROTTO v. BOARD OF EDUCATION OF THE BOR-
OUGH OF EMERSON, BERGEN COUNTY
AND DONNA J. BECKER.

October 3, 1989.

Petition for certification denied.

570 A.2d 951

ARTHUR H. PIATT, ET AL. v. ANN MARIE SMITH, ETC.

October 3, 1989.

Petition for certification denied.

570 A.2d 951

ROSE ELLA BANSCH v. CHERRY HILL TOWNSHIP ZONING
BOARD OF ADJUSTMENT, ET AL.

October 3, 1989.

Petition for certification denied.

570 A.2d 951

LISA CIGOLINI v. DAVID CIGOLINI.

October 3, 1989.

Petition for certification denied.